NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN JEROME SPEIGHTS, JR.,                )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D18-3116
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____   )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher
Nash, Judge.

PER CURIAM.

          Affirmed.  See State v. Drawdy, 136 So. 3d 1209 (Fla. 2014); Hughes v.

State, 22 So. 3d 132 (Fla. 2d DCA 2009); Carlyle v. State, 945 So. 2d 540 (Fla. 2d DCA

2006); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v.

State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d

DCA 2002); Schwenn v. State, 898 So. 2d 1130 (Fla. 4th DCA 2005).

SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.